#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STEWART and MICHAEL RODGERS | : CIVIL ACTION :  : |
| v. | : NO. 19-2670 : |
| SOLEBURY TOWNSHIP | : |

## JUDGMENT

**AND NOW**, this 26th day of February 2020, upon the return of the Jury's unanimous verdict today in favor of the Defendant on each of Plaintiffs' claims of sex and age discrimination, it is **ORDERED JUDGMENT** is entered in favor of Solebury Township and against Plaintiffs Robert Stewart and Michael Rodgers on all claims and the Clerk of Court shall **close** this case.

KEARNEY, J.