IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT STEWART and | : | |
| MICHAEL RODGERS, | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | NO. 19-2670 |
| vs. | : | |
| | : | |
| SOLEBURY TOWNSHIP, | : | |
|     Defendant | : | |
| _____ | : | |
| | : | |
| CASEY JANE HARRELL, | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
| | : | NO. 19-2809 |
| vs. | : | |
| | : | |
| SOLEBURY TOWNSHIP, | : | |
|     Defendant | : | |

## JUDGMENT

**AND NOW**, this 18th day of August, 2020, judgment is hereby entered in favor of Defendant Solebury Township, and against Plaintiffs Robert Stewart, Michael Rodgers, and Casey Jane Harrell, jointly and severally, in the amount of $12,745.48. The amount requested in the portion of the Defendant's Bill of Costs attributable to all three plaintiffs (Docket No. 88 in Civil Action No. 19-2670 and Docket No. 75 in Civil Action No. 19-2809) is reduced by $75.00, because the costs for travel and delivery listed on the Casey Harrell transcript invoice are not taxable pursuant to 28 U.S.C. § 1920. Accordingly, those costs will not be taxed.

    Judgment is also hereby entered in favor of Defendant Solebury Township, and against Plaintiffs Robert Stewart and Michael Rodgers, jointly and severally, in the amount of $1,284.18.

                                              KATE BARKMAN
                                              Clerk of Court


                      By:    s/ Terry Milano
                              Deputy Clerk